

FLORIDA DEPARTMENT OF STATE
Division of Corporations

September 17, 2019

JOEL B. ROTHMAN, ESQ
21301 POWERLINE ROAD
SUITE 100
BOCA RATON, FL 33433

Pursuant to Chapter 48.181, Florida Statutes, a copy of the process and initial pleading, case number 1:19-CV-20800, was accepted for JOSHUA STEIN, P.A., and was filed on September 10, 2019, at 04:00 PM.

Plaintiff(s)

JOE MYERESS,

-vs-

Defendant(s)

JOSHUA STEIN, P.A. and JOSHUA STEIN,

THE SECRETARY OF STATE DOES NOT FORWARD DOCUMENTATION TO THE DEFENDANT.

All inquiries on behalf of the defendant should be made to the attorneys involved.

LATASHA B RUCKER
Processor of Service
DIVISION OF CORPORATIONS

Letter No. 119A00019195

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314