**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.:  1:19-cv-20800-DPG**

JOE MYERESS,

                Plaintiff,

v.

JOSHUA STEIN, P.A. AND JOSHUA STEIN,

                Defendants.

_____

## <u>CERTIFICATE OF SERVICE</u>

Plaintiff JOE MYERESS, by and through his undersigned counsel, hereby certifies that true and correct copies of the following documents were served via U.S. Mail, first class, and postage prepaid the 6th day of September, 2019:

1. Complaint dated 02/28/2019 [DE 01];

2. Exhibit 1 [DE 01-1];

3. Exhibit 2 [DE 01-2];

4. Exhibit 3 [DE 01-3]; and

5. Proposed Summons for Joshua Stein, P.A. [DE 01-5].


Dated:  October 4, 2019

                    */s/ Joel B. Rothman*_____
                    JOEL B. ROTHMAN
                    Florida Bar Number:  98220
                    joel.rothman@sriplaw.com
                    CRAIG A. WIRTH
                    Florida Bar Number:  125322
                    craig.wirth@sriplaw.com

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FL  33433

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Joe Myeress*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on October 4, 2019, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Joel B. Rothman*
Joel B. Rothman

## SERVICE LIST

Joshua Stein, P.A.
1500 Michigan Avenue
Suite 6
Miami Beach, FL 33139
Pro Se

*Joshua Stein*
*1500 Michigan Avenue #6*
*Miami Beach, FL 33139*
*hello@joshsteinrealtor.com*
*Pro Se*