UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:19-cv-20800-DPG

JOE MYERESS,

     Plaintiff,

v.

JOSHUA STEIN, P.A. AND JOSHUA STEIN,

     Defendants.

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff JOE MYERESS, by and through his undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendants JOSHUA STEIN, P.A. AND JOSHUA STEIN ("Defendants") hereto on the ground that the Defendants have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  The Declaration of CRAIG A. WIRTH in Support of Motion for Entry of Clerk's Default ("Wirth Decl.") filed concurrently herewith demonstrates that on September 10, 2019, Defendants were served with the Summons and a copy of the Complaint by personal service, by serving its registered agent, Mr. Joshua Stein, 1500 Michigan Avenue, Suite 6, Miami Beach, FL 33139 through the Florida Department of State's Division of Corporations pursuant to Florida Statutes sections 48.081 and 48.181.  The time allowed for Defendants to respond to the Complaint has expired.  Neither Plaintiff nor the Court has granted Defendants an extension of time to respond to the Complaint.  Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

Plaintiff is informed and believes that Defendants are a corporation and individual, respectively, and are not considered an infant or incompetent person.  Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff Joe Myeress requests that a default be entered by the Clerk against Defendants Joshua Stein, P.A. and Joshua Stein and for such other and further relief as to the Court deems just and proper in the premises.

Dated:  October 8, 2019                         Respectfully submitted,

>    */s/Craig. A Wirth*
>    JOEL B. ROTHMAN
>    Florida Bar No. 98220
>    joel.rothman@sriplaw.com
>    CRAIG A. WIRTH
>    Florida Bar Number:  125322
>    craig.wirth@sriplaw.com
>
>    **SRIPLAW**
>    21301 Powerline Road
>    Suite 100
>    Boca Raton, FL  33433
>    561.404.4350 – Telephone
>    561.404.4353 – Facsimile
>
>    *Attorneys for Plaintiff Joe Myeress*