**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.:  1:19-cv-20800-DPG**

JOE MYERESS,

        Plaintiff,

v.

JOSHUA STEIN, P.A. AND JOSHUA
STEIN,

        Defendants.

_____

**DECLARATION OF CRAIG A. WIRTH IN SUPPORT OF MOTION FOR ENTRY OF
CLERK'S DEFAULT**

I, CRAIG A. WIRTH, declare and say:

1.    I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff JOE MYERESS ("Plaintiff") in the above-captioned matter.  I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2.    On February 28, 2019, Plaintiff filed his Complaint against Defendants Joshua Stein, P.A. and Joshua Stein ("Defendants") [ECF 1].

3.    On September 10, 2019, Defendants  were served with the Summons and a copy of the Complaint by serving through the Florida State Division of Corporations pursuant to sections 48.081 and 48.181 of the Florida Statutes.  Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that Defendants was served by personal service with its Summons and a copy of the Complaint.

4.    The time allowed for Defendants to respond to the Complaint has expired.

5.      Defendants have not been granted an extension of time to respond to the Complaint.

6.      Defendants have failed to answer or otherwise respond to the Complaint, or serve a copy of their Answer or other response upon Plaintiff's attorneys of record.

7.      I am informed and do not believe that Defendants is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2019.


_____
CRAIG A. WIRTH