**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:19-cv-20800-GAYLES**

**JOE MYERESS**,

    Plaintiff,

v.

**JOSHUA STEIN, P.A. and JOSHUA STEIN,**

    Defendants.
_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Entry of Default Final Judgment of Damages Against Joshua Stein and Joshua Stein, P.A. ("Motion") [ECF No. 18]. The Court has reviewed the Motion and the record and is otherwise fully advised.

Plaintiff filed this action against Defendants Joshua Stein, P.A. and Joshua Stein (collectively "Defendants") alleging Defendants infringed on Plaintiff's copyrighted work in violation of 17 U.S.C. § 501 and removed copyright management information in violation of 17 U.S.C. § 1202(b). [ECF No. 1]. Defendants failed to answer or otherwise respond to Plaintiff's Complaint. On October 9, 2019, the Clerk entered a default against Defendants. [ECF NO. 17]. On March 25, 2020, Plaintiff filed the instant Motion.

As a result of Defendants' default, the Court accepts Plaintiff's well-pled allegations that Defendants infringed on his copyrighted work in violation of 17 U.S.C. § 501 and removed copyright management information in violation of 17 U.S.C. § 1202(b). Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Entry of Default Final Judgment of Damages Against Joshua Stein and Joshua Stein, P.A. ("Motion") [ECF No. 18] is GRANTED as follows:

1. Judgment is entered in favor of Plaintiff Joe Myeress and against Defendants Joshua Stein P.A. and Joshua Stein as to liability for copyright infringement in violation of 17 U.S.C. § 501 (Count I) and removal of copyright management information in violation of 17 U.S.C. § 1202(b) (Count II).

2. Defendants Joshua Stein and Joshua Stein, P.A., their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise are permanently enjoined from:

   a. directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted photographs or to participate or assist in any such activity; and/or

   b. directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph.

3. This matter is set for a Telephonic Final Hearing on **February 5, 2021, at 10:00 a.m.** to determine damages and any other relief that Plaintiff Joe Myeress may be entitled to, including attorney's fees and costs. Counsel shall enter their appearances telephonically using the following dial-in information: <b>Dial-in Number 888-273-

3658; Access Code 7032614; Security Code 5170</b>. Please dial in at least ten minutes before the hearing begins and wait until your case is called.

4. In accordance with Federal Rule of Civil Procedure 58, final judgment will be entered separately following the Telephonic Final Hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of January, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE