**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:19-cv-20800-GAYLES**

**JOE MYERESS**,

    Plaintiff,

v.

**JOSHUA STEIN, P.A., and**
**JOSHUA STEIN**,

    Defendant.

_____/

**FINAL DEFAULT JUDGMENT**

**THIS CAUSE** comes before the Court on Plaintiff Joe Myeress's Motion for Entry of Final Judgment by Default Against Defendants Joshua Stein and Joshua Stein, P.A. (the "Motion") [ECF No. 18]. The Court granted the Motion in a separate Order. [ECF No. 19]. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate and final default judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. A final default judgment is entered in favor of Plaintiff Joe Myeress and against Defendants Joshua Stein and Joshua Stein, P.A.

2. Plaintiff shall recover from Defendants a total of **$180,808.45**, consisting of:

   a. **$150,000.00** in statutory damages for copyright infringement;

   b. **$25,000.00** in statutory damages for Copyright Management Information removal;

   c. **$5,182.50** in reasonable attorney's fees; and

   d. **$625.95** in costs.

3. Plaintiff shall recover pre-judgment interest for the period from January 8, 2019, through the date of this Final Default Judgment. *See* 28 U.S.C. § 1961.

4. Post-judgment interest shall accrue at the statutory rate from the date of this Final Default Judgment until the judgment is satisfied.

5. **Permanent Injunction:** Defendants Joshua Stein and Joshua Stein, P.A., their officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any one or more of them, who receive actual notice by personal service or otherwise are hereby permanently restrained and enjoined from:

   a. directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted photographs or to participate or assist in any such activity; and/or

   b. directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photographs.

6. This case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of February, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE