UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:19-cv-20800-GAYLES

JOE MYERESS,

      PLAINTIFF,

v.

JOSHUA STEIN, P.A.,
JOSHUA DAVID STEIN,

      DEFENDANTS.

## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT

Plaintiff/Judgment Creditors Joe Myeress by and through undersigned counsel, hereby makes application to the Clerk of the United States District Court to issue a Writ of Garnishment in the above-referenced case to Bank of America attached hereto, to satisfy a judgment against the Defendants/Judgment Debtors JOSHUA STEIN, P.A., JOSHUA DAVID STEIN (collectively, "Defendants") for $180,808.45, including $625.95 in accrued costs, and $5,182.50 in attorneys' fees. The total amount of payments made by judgment debtor(s) on this judgment is $0. The balance of the judgment remains unsatisfied. This application is being made pursuant to this Court's February 8, 2021 Order [Doc. #22] ("Final Default Judgment"), Fed. R. Civ. P. 69(a) and Chapters 77.01, 77.03, 77.04 of Florida Statutes.

I.     APPLICABLE LAW

Fed. R. Civ. P. 69(a)(1) states that "…The procedure on execution [of a writ of execution]…must accord with the procedure of the state where the court is located, but a federal statute governs to the extent it applies". Chapter 77 of the Florida Statutes provides the procedures for writs of garnishments.

## II. ARGUMENT

### A. Plaintiffs have complied with the procedures of Chapter 77 of the Florida Statutes.

In the Final Default Judgment, the Plaintiffs were awarded a money judgment of $180,808.45 against the Defendants which is still outstanding. Accordingly, Plaintiffs have a "…right to a writ of garnishment…" as provided by chapter 77.01.

Plaintiffs' motion states the amount of the judgment ($180,808.45) as required by chapter 77.03.

Plaintiffs have attached a proposed Writ in the form required by chapter 77.04

## III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that this Court grant this motion and issue the proposed writ of garnishment.

DATED: January 31, 2024                Respectfully submitted,

*/s/ Craig A. Wirth*
**Craig A. Wirth**
craig.wirth@sriplaw.com
SRIPLAW, P. A.
21301 Powerline Rd
Ste. 100
Boca Raton, FL - 33433
(561) 990-2474 - Telephone

*Counsel for Plaintiff Joe Myeress*